Order Form (01/2005)

07 GJ 0487

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE MANNING** | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE COX** |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0036 | **DATE** | JUNE 16, 2009 |
| **CASE TITLE** | U. S. v. MHDE ASKAR, et al. (See the attached list). **MAGISTRATE JUDGE MASON** | | |

**DOCKET ENTRY TEXT**     UNDER SEAL

### Grand Jury Proceeding

The Grand Jury for SPECIAL FEBRUARY 2008-1 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _[signature]_

---

BOND SET BY MAGISTRATE JUDGE TO STAND AS BOND IN THIS INSTANCE AS TO MHDE ASKAR. TO ISSUE BENCH WARRANTS AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO MAHMOUD SALEH AND MANUEL AGUILAR. TO ISSUE BENCH WARRANT AND TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO ADVAR SHALTAPOUR, AHMAD KARKUKLY AND DAVID IBARRA. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO CATHERINE KIRK, AND WARREN MCKEITHEN, NANCY S. PRASEUTH, AND MARGARITA GARCIA. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL JUNE 18, 2009 UNLESS THERE IS A FURTHER EXTENSION OF THE SEAL ORDER BY THE SEAL ORDER BY THE COURT OR A MODIFICATION OF THIS ORDER. DO NOT SEAL ARREST WARRANTS.

SIGNATURE OF JUDGE _[signature]_ (ONLY IF FILED
or MAGISTRATE JUDGE                         UNDER SEAL)

Courtroom Deputy Initials: _[initials]_

FILED
JUN 16 2009
JUN 16 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_[handwritten]_ BW Issued as to Defendants 2, 3, 4, 5, 10
JUN 17 2009

Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 CR 36 |
| vs. | ) | |
| | ) | |
| MHDE ASKAR, | ) | |
| MAHMOUD SALEH, | ) | |
| ADVAR SHALTAPOUR, | ) | |
|   also known as "Eddie Shaltapour," | ) | |
| AHMAD KARKUKLY, | ) | |
| MANUEL AGUILAR, | ) | **UNDER SEAL** |
| CATHERINE KIRK, | ) | |
| WARREN MCKEITHEN, | ) | |
| NANCY S. PRASEUTH, | ) | |
| MARGARITA GARCIA, and | ) | |
| DAVID IBARRA | ) | |