UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

JAN 31 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| MAHMOUD SALEH | ) |
| | ) No. 08 CR 36-2 |
| | ) Judge Blanche M. Manning |

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on January 31, 2012, and for and in consideration of bond being set by the Court for defendant MAHMOUD SALEH in the amount of $200,000 being partially secured by real property, **RHONDA BUTMAN (GRANTOR)** hereby warrants and agrees:

1. RHONDA BUTMAN warrants that she is the sole record owner and titleholder of the real property located at 3829 North Nora Avenue, Chicago, Illinois, and described legally as follows:

> THE NORTH ½ OF LOT 35 AND 36 IN BLOCK 2 IN UTITZ AND HEIMANN'S IRVING PARK BOULEVARD ADDITION, BEING A SUBDIVISION OF THE NORTH ½ OF THE NORTHWEST 1/4 OF SECTION 19, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN (EXCEPT THE EAST 40 ACRES AND THAT PART OF THE WEST 1674.1 FEET LINE SOUTH OF THE ROAD OF THE SOUTHWEST 1/4 OF SECTION 18, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN), IN COOK COUNTY, ILLINOIS.

Permanent Index Number:    13-19-113-072-0000

RHONDA BUTMAN warrants that there is one outstanding mortgage against the subject property and that her equitable interest in the real property equals at least $154,000.

2. RHONDA BUTMAN agrees $154,000 of her equitable interest in the above-described real property, shall be forfeited to the United States of America, should the defendant MAHMOUD SALEH fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. RHONDA BUTMAN further understands and agrees that, if the defendant MAHMOUD SALEH should violate any condition of the Court's release order, she will be liable to pay the difference between the bond amount of $200,000 and her equitable interest in the property, and RHONDA BUTMAN hereby agrees to the entry of a default judgment against her for the amount of any such difference. RHONDA BUTMAN has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice she will receive is notice of court proceedings.

3. RHONDA BUTMAN further agrees to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. RHONDA BUTMAN understands that should defendant MAHMOUD SALEH fail to appear or otherwise violates any condition of the Court's order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. RHONDA BUTMAN further agrees that she will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could

encumber the real property or diminish her interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. RHONDA BUTMAN further understands that if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant MAHMOUD SALEH she is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. RHONDA BUTMAN agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. RHONDA BUTMAN hereby declares under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 1-31-2012

RHONDA BUTMAN
Surety/Grantor

Date: 1-31-2012

Witness

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604