IN THE UNITED SATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case #: 08-cr-36-2 |
| | ) | |
| MAHMOUD SALEH, | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Ms. Diane MacArthur, Assistant United States Attorney, Dirksen Federal Building, 219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604

**NOTICE IS HEREBY GIVEN** that on the **24th day of April, 2012, at 9:15 a.m.,** I shall appear before **The Hon. Robert Gettleman** or whatever judge may be sitting in his stead in **Courtroom 1703** of the Everett McKinley Dirksen Federal Courthouse, located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present:

**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL OUTSIDE NORTHERN DISTRICT OF ILLINOIS**

a copy of which is hereby served upon you.

/s/: *Anthony J. Sassan*

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that on April 18, 2012, he served to the above attorneys of record a copy of the above referenced pleading via electronic docketing system of the Northern District of Illinois before 5:00 p.m. on the above date.

/s/: *Anthony J. Sassan*

Anthony J. Sassan (#06216800)
Zukowski, Rogers, Flood & McArdle
50 N. Virginia Street
Crystal Lake, Illinois 60068
(815) 459-2050
asassan@zrfmlaw.com